THE PEOPLE OF THE STATE OF NEW YORK ex rel. ANGELO CAIAZZO, Appellant, v. JOSEPH H. WILSON, as Warden of Great Meadow Prison, Comstock, New York, Respondent.— Relator has appealed from an order of the Washington County Special Term of Supreme Court dismissing a writ of habeas corpus and remanding him to the custody of the Warden of Great Meadow Prison. Relator in 1933 was convicted of the crimes of robbery, first degree; grand larceny, first degree; and assault, second degree; and was sentenced to an indeterminate term in State Prison of not less than twenty-five years nor more than thirty years. The judgment of conviction was affirmed by the Appellate Division (242 App. Div. 638.) At the time of his conviction the statute, section 2189 of the Penal Law, relating to indeterminate sentence, provided that a person never before convicted of a crime punishable by imprisonment in the State Prison and who was convicted in any court in this State of a felony, other than murder, should be sentenced to State's Prison under an indeterminate sentence the minimum of which should not be less than one year or in case a minimum is fixed by law, not less than such minimum. At that time robbery in the first degree was punishable by imprisonment for an indeterminate term, the minimum of which should not be less than ten years. Order unanimously affirmed, without costs. Present — Hill, P. J., Crapser, Bliss, Heffernan and Schenck, JJ.

THE PEOPLE OF THE STATE OF NEW YORK on Complaint of ELEANOR BOYLES, Respondent, v. LEE HOYSRADT, Appellant.— Appeal from an order and judgment of filiation entered in the office of the clerk of the Children's Court, Columbia County, on January 28, 1941. The evidence taken upon the trial sustains the charge made by the complainant against the defendant. Order and judgment unanimously affirmed, without costs. Present — Hill, P. J., Crapser, Bliss, Schenck and Foster, JJ.

## (May 15, 1941.)

ADA MAY HOMRIGHOUSE, Appellant, v. HELEN T. WILSON, Respondent.— Plaintiff appeals from an order of the Special Term of Supreme Court, denying her motion to resettle a former order which denied her application for a new trial. The order is not appealable. (Civ. Prac. Act, § 609; *Waltham Manufacturing Company* v. *Brady*, 67 App. Div. 102; *West Side National Bank* v. *Warsaw Discount Bank*, 204 id. 4; *Bergin* v. *Anderson*, 216 id. 844.) Motion to dismiss appeal granted, with ten dollars costs. Hill, P. J., Crapser, Heffernan and Schenck, JJ., concur; Bliss, J., dissents.

In the Matter of the Claim for Unemployment Insurance Benefits under Article 18 of the Labor Law of HARRY JOFFE, Appellant. FRIEDA S. MILLER, as Industrial Commissioner, Respondent.— Motion to appeal on typewritten record denied. The papers disclose that only questions of fact are involved. The Unemployment Insurance Appeal Board found that claimant had not reported his unemployment. This court may not review that decision. Present — Hill, P. J., Crapser, Bliss, Heffernan and Foster, JJ.